```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 10084
   RENEE MICHAEL LOSIK
   DEBORAH MARIE LOSIK                        CHAPTER 13

                                              JUDGE: MANUEL BARBOSA
        Debtor
   SSN XXX-XX-6379    SSN XXX-XX-9997
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/23/08 .

2. The case was converted to Chapter 7 without confirmation, 10/10/2008.

3. The Debtor paid a total of $ 2835.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | 202.29 |
| HEIGHTS FINANCE CORP | SECURED VEHIC | .00 | .00 | 574.77 |
| KANE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| MARQUETTE CONSUMER FINAN | SECURED VEHIC | .00 | .00 | 1896.28 |
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| ASSOCIATED PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| AUTO SPECIALISTS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARDMEMBER SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHRISTOPHER L SCHNEIDER | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DANIEL LOSIK | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH IN A FLASH | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH IN A FLASH | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY WOMENS HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |

```
PAYDAY LOAN STORE           UNSECURED       NOT FILED              .00          .00
PROVENA ST JOSEPH MEDICA    UNSECURED       NOT FILED              .00          .00
PORTFOLIO RECOVERY ASSOC    UNSECURED       NOT FILED              .00          .00
SAMS CLUB                   UNSECURED       NOT FILED              .00          .00
SANTANNA ENERGY             UNSECURED       NOT FILED              .00          .00
ST ALEXIUS MEDICAL CENTE    UNSECURED       NOT FILED              .00          .00
SUNITA TALWAR MD            UNSECURED       NOT FILED              .00          .00
WOW INTERNET & CABLE        UNSECURED       NOT FILED              .00          .00
NCO FINANCIAL SYSTEMS       UNSECURED       NOT FILED              .00          .00
GMAC PAYMENT CENTER         UNSECURED       NOT FILED              .00          .00
        Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00           .00
PRINCIPAL PAID      2673.34          .00          .00          .00       2673.34
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID          2673.34          .00          .00          .00       2673.34
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $         .00
and was paid $          .00 .

The Trustee received $     161.66 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated:  01/22/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE